```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

JAVIER MONTES, etc.,              )
                                  )
        Plaintiff,           )
                                  )
  v.                              )    No. 13 C 3182
                                  )
DEPUTY SHERIFF DOUGLAS PASTRIK,   )
individually, et al.,             )
                                  )
        Defendant.           )

## MEMORANDUM ORDER

This Court's ECF email input reflects that on August 15 defense counsel filed an Answer and Affirmative Defenses to the First Amended Complaint brought by Javier Montes, a minor, by his mother Martha Montes. Both this Court's secretary and its courtroom deputy maintain lists of courtesy copies delivered to this Court's chambers (a delivery expressly required both by this District Court's LR 5.2(f) and by this Court's website, and neither list reflects that a copy of that filing was received here. Accordingly defendants' counsel is ordered:

    1. to deliver a copy of that filing to this Court's chambers forthwith; and

    2. to accompany that delivery with a check for $100 payable to "Clerk, U.S. District Court" by reason of counsel's rule violation.

                              _____
                              Milton I. Shadur
                              Senior United States District Judge

Date: August 22, 2013